## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

GLENN ALLEN DOSS                                              PLAINTIFF

VERSUS                              CIVIL ACTION NO: 2:08CV227P-A

BOYD GAMING CORPORATION,
a/k/a BOYD GAMING, INC., d/b/a
SAM'S TOWN HOTEL AND
GAMBLING HALL                                           DEFENDANT

                                                           JURY TRIAL DEMANDED

## COMPLAINT

This is an action to recover actual, liquidated and punitive damages for violation of various federal statutes. Supplemental state law claims are also made. The following facts support this action:

1.

Plaintiff, GLENN ALLEN DOSS, is an adult resident citizen of 934 Edgewood Drive, Southaven, Mississippi 38672.

2.

Defendant, BOYD GAMING CORPORATION, a/k/a BOYD GAMING, INC., d/b/a SAM'S TOWN HOTEL AND GAMBLING HALL, is a citizen of states other than Mississippi and not in Mississippi. It may be served with process upon its Mississippi registered agent, George Stadler, at 1477 Casino Strip Boulevard, Robinsonville, Mississippi 38664.

07.096

3.

This Court has federal question jurisdiction under 28 U.S.C. § 1331 and civil rights jurisdiction under 28 U.S.C. § 1343, for a cause of action arising under the Title VII of the Civil Rights Act of 1964. Additionally, the Court has supplemental jurisdiction over Plaintiff's state law claims.

4.

Plaintiff, Glenn Doss, was employed by the Defendant for approximately seven (7) months and was an excellent employee.

5.

Plaintiff became ill and was at home sick. A co-employee also then became ill. When the co-employee could not reach her supervisor at work, the co-employee called Plaintiff at home and requested that Plaintiff relay to the Defendant, that the co-employee was suffering from tuberculosis and would not be able to return immediately to work. Plaintiff made diligent efforts to relay this information as he was required to do so by his job, and finally succeeded in relaying the information.

6.

One of the employees who received the information, Kathy Pritchett, relayed this information to co-employees.

7.

Thereafter, the Defendant discharged Plaintiff from his employment without any basis in fact that Plaintiff had violated the HIPPA law. However, a female employee, Kathy Pritchett,

who had also relayed the information, was not fired.

8.

Firing Plaintiff because he relayed the information about the tuberculosis to other employees, though not firing a fellow employee for doing so, represents sex discrimination in violation of Title VII of the Civil Rights Act of 1964.

9.

After discharging Plaintiff, the Defendant maliciously communicated to the Mississippi Department of Employment Security that Plaintiff had violated the HIPPA laws in a malicious attempt to cause Plaintiff be denied unemployment benefits. The Plaintiff, in fact, had not violated the HIPPA laws in any respect, and had only relayed information that he had been directed to do by a co-employee. Additionally, there is no possible basis that an individual can violate the HIPPA laws, which can only be violated by a Health Plan, Health Care Clearinghouse and Health Care Provider, 45 C.F.R. 160.102.

10.

The Defendant's claim that Plaintiff had violated the HIPPA laws is false and made in a malicious effort to Plaintiff's drawing unemployment benefits.

11.

Following Plaintiff's discharge, he has made extensive effort to find other employment but has been unable to do so. Plaintiff believes that refusal to hire him must be the result of malicious false information communicated by the Defendant because Plaintiff was a highly successful, well-qualified employee but has been unable to obtain other employment.

07.096

12.

Plaintiff has filed an EEOC charge, attached hereto as Exhibit "A," and received the right to sue letter, attached hereto as Exhibit "B."

13.

Plaintiff has suffered lost income, mental anxiety and stress as a result of the Defendant's actions.

**PRAYER**

Plaintiff prays for actual damages, liquidated and punitive damages in amount to be determined by a jury, for reinstatement and for reasonable attorneys' fees.

Respectfully submitted,

WAIDE & ASSOCIATES, P.A.

BY:_____
JIM WAIDE
MS BAR NO: 6857

WAIDE & ASSOCIATES, P.A.
ATTORNEYS AT LAW
POST OFFICE BOX 1357
TUPELO, MS 38802
TELEPHONE: 662/842-7324
FACSIMILE: 662/842-8056
email: waide@waidelaw.com

Attorneys for Plaintiff

07.096

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>490-2008-00922 and EEOC |
|---|---|---|

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>Mr. Glenn Doss | Home Phone (Incl. Area Code)<br>(662) 429-0517 | Date of Birth<br>08-05-1964 |
|---|---|---|
| Street Address<br>934 Edgewood Drive, Southaven, MS 38672 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>SAMS TOWN HOTEL & GAMBLING HALL | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(662) 363-0711 |
|---|---|---|
| Street Address<br>1477 Casino Strip Blvd, Robinsonville, MS 38664 | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-28-2007   Latest: 11-28-2007

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On November 28, 2007, I was discharged from the position of Beverage Supervisor. I had worked for the above-named company since April 2007.

I was advised that I was being discharged for violating HIPPA laws (starting false rumors) and improper call-out procedures.

I believe that I have been discriminated against because of my sex (male) in violation of Title VII of the Civil Rights Act of 1964, as amended, in that Kathy Prichard advised others of the same information that I passed on to her and she was not discharged.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 1-18-08   /s/ Glenn Doss<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EXHIBIT A

| | |
|---|---|
| EEOC Form 161-B (3/98) | **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** |

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Glenn Doss<br>934 Edgewood Drive<br>Southaven, MS 38672 | From: | Memphis District Office<br>1407 Union Avenue<br>Suite 901<br>Memphis, TN 38104 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 490-2008-00922 | Audrey Bonner,<br>Enforcement Manager | (901) 544-0163 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

*Audrey Bonner* for Katharine W. Kores, Director

AUG 0 1 2008
*(Date Mailed)*

cc:
Angela Skinner
Director of Human Resources
SAM'S TOWN CASINO
1477 Casino Strip Drive
Robinsonville, MS 38664

Mia Sanders
Legal Assistant
Waidee & Associates, P. A.
Post Office Box 1357
Tupelo, MS 38802-1357



EXHIBIT B