AO 156 (Rev. 5/85) Verdict

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**GLENN ALLEN DOSS, PLAINTIFF**                                                      **VERDICT**

**VS.**                                                                                                          **NO: 2_08CV227-P-A**

**BOYD TUNICA, INC., DEFENDANT**

WE THE JURY FIND:

For the Plaintiff, and award damages in the sum of $ _250,000_.

_____            _8/11/2010_____
Foreperson's signature                                          DATE

AO 156 (Rev. 5/85) Verdict

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**GLENN ALLEN DOSS, PLAINTIFF**　　　　　　　　　　　　　　　　**VERDICT**

**VS.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**NO: 2_08CV227-P-A**

**BOYD TUNICA, INC., DEFENDANT**

WE THE JURY FIND:

　　For the Plaintiff, and award punitive damages in the sum of $ _1,000,000_.

_[signature]_　　　　　　　　　　　　　　　　　　　_8/11/2010_
Foreperson's signature　　　　　　　　　　　　　　　DATE