## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

**GLENN ALLEN DOSS**                                                      **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 2:08CV227-P-A**

**BOYD TUNICA, INC.**                                                 **DEFENDANT**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, Glenn Allen Doss ("Plaintiff") and Defendant, Boyd Tunica, Inc. ("Defendant"), by and through counsel, and do hereby agree to dismiss the Complaint against Defendant filed in the above-styled matter with prejudice, and all claims encompassed by the Complaint filed by the Plaintiff against the Defendant, including all causes of action and claims which were or might have been stated therein against the Defendant, are hereby dismissed with prejudice, with each party to bear their own costs.

IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiff's claims in the Complaint against Defendant are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED this the 14th day of October, 2010.

                                                               /s/ W. Allen Pepper, Jr.
                                                               W. ALLEN PEPPER, JR.
                                                               UNITED STATES DISTRICT JUDGE

/s/ *Ronnie L. Woodruff*
RONNIE L. WOODRUFF
Attorney for Plaintiff

*/s/ Peyton S. Irby*
Peyton S. Irby, Esq.
Attorney for Defendant